### STOVER BICYCLE CO. *v.* UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. June 4, 1893.)

No. 84.

Appeal from the Circuit Court of the United States for the Northern District of Illinois.

Proceeding by the Stover Bicycle Company to review a decision of the board of general appraisers in the classification for duty of certain rims for bicycle wheels. The circuit court affirmed the decision of the board, and the importer appeals. Affirmed.

Percy L. Shuman, for appellants.
Thomas E. Milchrist, for the United States.

Before GRESHAM and WOODS, Circuit Judges, and BUNN, District Judge.

PER CURIAM. The decree appealed from is affirmed upon the grounds stated in the opinion of this court in cause No. 83, Stone v. U. S., 56 Fed. Rep. 826.